UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVANCED TOUCHSCREEN AND GESTURE TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO. LTD, AND SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>    Defendants. | Case No.: 16-cv-00557-VC<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE STAY PENDING FINAL DETERMINATION OF *INTER PARTES* REVIEW**<br><br>Judge: The Honorable Vince Chhabria |

Before the Court is the Joint Stipulation to Continue Stay Pending Final Determination of *Inter Partes* Review ("Stipulation") filed by Plaintiff Advanced Touchscreen and Gesture Technologies, LLC ("Plaintiff") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (together, "Samsung") (Plaintiff and Samsung are the "Parties").  The Court, after considering the Stipulation and finding good cause, finds that the Stipulation should be granted.

This litigation is stayed pending final written decisions in IPR2016-00652, IPR2016-00653, IPR2016-00654 and IPR2016-00655.  All dates are terminated.

Within fourteen (14) days of final written decisions in the IPRs, the parties shall file a joint status report informing the Court as to the outcome of the IPRs.

**IT IS SO ORDERED**.

Dated:  9/13/16

_____
Hon. Vince Chhabria
United States District Judge